IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANTIAGO CASSO, | ) | |
| Plaintiff(s), | ) | No. C 06-1211 CRB (PR) |
| vs. | ) | ORDER |
| K. PLACERES, | ) | |
| Defendant(s). | ) | |

    Plaintiff has filed a motion to remand this removed prisoner civil action to state court.

    Good cause appearing, the clerk is instructed to serve a copy of the motion on defendant and defendant is ordered to file an opposition, or notice of non-opposition, to the motion within 30 days of this order.

SO ORDERED.

DATED:   March 16, 2006

                                              CHARLES R. BREYER
                                              United States District Judge