IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTIAGO CASSO,                          )
                                         )
              Plaintiff(s),              )        No. C 06-1211 CRB (PR)
                                         )
     vs.                                 )        ORDER
                                         )
K. PLACERES,                             )        (Docs # 8 & 9)
                                         )
              Defendant(s).              )
_____  )

        Plaintiff has filed a motion to remand this removed prisoner civil action to

state court, and a briefing schedule on the motion has been set.  Plaintiff's

subsequent motions for miscellaneous injunctive relief and appointment of

counsel (docs # 8 & 9) are dismissed without prejudice to renewing after the

motion to remand is resolved.

SO ORDERED.

DATED:  March 20, 2006

_____
CHARLES R. BREYER
United States District Judge